MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

   1301 Clay St., 3rd Floor
   Oakland, California 94612
   Telephone: (510) 637-3740
Fax: (510) 637-3724
E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. 4-12-71274-MAG |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE OF DETENTION HEARING FROM DECEMBER 13, 2012 TO DECEMBER 18, 2012 |
| v. | ) | |
| MARIN MENDOZA | ) | |
| Defendant. | ) | |

On December 6, 2012, Assistant United States Attorney Katie Medearis and Assistant Federal Public Defender Ned Smock appeared before the Court for a detention hearing for the defendant. At the hearing, defense counsel requested that the Pretrial Services Office conduct a full bail study and issue a report. To allow time for the bail study and report to be completed, the Court continued the detention hearing to December 13, 2012. However, due to court obligations in San Francisco, undersigned government counsel is not available on December 13. The parties

///
///
///
///

have met and conferred regarding the issue and now agree to continue the detention hearing to December 18, 2012, at 9:30 a.m.

IT IS SO STIPULATED:

DATED: December 11, 2012          /s/
                                  NED SMOCK
                                  Attorney for Defendant Marin Mendoza

DATED: December 11, 2012          /s/
                                  AARON D. WEGNER
                                  Assistant United States Attorney

For good cause shown, the detention hearing in this matter will be continued to December 18, 2012, at 9:30 a.m.

IT IS SO ORDERED.

DATED: 12/12/12                   /s/ Kandis Westmore
                                  HON. KANDIS A. WESTMORE
                                  United States Magistrate Judge

2